## Van vs. Manning.

This case was decided at a previous term and determined, that an act of assembly legalizing the acts of a justice of the peace could not have such a retrospective operation as to work injustice to individuals, and that a plea to the jurisdiction, before the legalizing act would be sustained, &c. A rehearing of the case was ordered. And the court say that the judgment, after overruling of the demurrer to the plaintiff's replication, that the plaintiff should recover of the defendant his damages, &c., was erroneous. 1. That the judgment should have been *respondeat ouster.* 2. That if judgment had been in chief, there should have been a jury of enquiry. Judgment set aside, and a new trial ordered.

## Bissell & Emmons vs. Fales.

A receipt for lumber to be sold on commission, is not assignable so as to vest the legal interest in the assignee, and to authorize him to bring suit in his own name.

## Neil vs. Neil.

Where a defendant obtains a judgment against the plaintiff before a justice of the peace upon a set off, the Supreme Court will not reverse the same because there could not be found among the justice's papers the bill of particulars or set off.

## Pelton vs. Jones, Bacon & Co.

It is not a ground for a new trial, that it was discovered, after trial, that one of the jurors had expressed an opinion adverse to plaintiff in error.